IN THE UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Appellee, | ) | |
| | ) | |
| v. | ) | No. 24-4659 |
| | ) | |
| ANDREW CHAFIN, | ) | |
| | ) | |
| Defendant-Appellant. | ) | |

**Unopposed Motion of the United States to Suspend the Briefing Order**

The defendant has filed his opening brief in this matter and the government's response brief is currently due on May 14, 2025. Because the only issues raised on appeal are foreclosed by binding Circuit precedent, and further briefing would not assist the Court in the resolution of this appeal, the government has filed a motion for summary affirmance. *See* Loc. R. 27(f)(1). The government respectfully moves to suspend the briefing order pending the Court's ruling on the government's motion for summary affirmance. *See* Loc. R. 27(f)(3). The government has consulted with defense counsel, who does not oppose this request.

Respectfully submitted,

Erik S. Siebert
United States Attorney

By: _____/s/_____

Stephen W. Miller
Assistant United States Attorney
Eastern District of Virginia
919 E. Main Street
Suite 1900
Richmond, Virginia 23219
(804) 819-5400