FILED:  April 29, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-4659
(3:24-cr-00057-JAG-1)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

ANDREW CHAFIN

Defendant - Appellant

_____

O R D E R

_____

The court grants the motion to suspend briefing pending resolution of the

motion for summary affirmance.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk